UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY DIJKSTRA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAMPOS, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01014-SKO (PC)<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE** |

　　　　Plaintiff Cody Dijkstra has filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). (Doc. 10.) Under the rule, a "plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Once a notice of dismissal under Rule 41(a)(1) is properly filed, no order of the court is necessary to effectuate dismissal; the dismissal is effective automatically. *Com. Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir. 1999).

///

///

///

///

///

Because Plaintiff has filed a notice of dismissal, and no opposing party has filed an answer or a motion for summary judgment, this action has terminated. Accordingly, the Court DIRECTS the Clerk of the Court to close this case.

IT IS SO ORDERED.

Dated:  **August 31, 2021**              /s/ *Sheila K. Oberto*              
                                                                UNITED STATES MAGISTRATE JUDGE